**FILED**

MAY 1 2 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE 1,<br>JANE DOE 2,<br>JANE DOE 3,<br>JANE DOE 4,<br>JANE DOE 5,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>HOWARD UNIVERSITY,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 17-870<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of Plaintiffs' Motion To Proceed Under Pseudonyms, memorandum of points and authorities in support, any opposition thereto, and the entire record herein, and for good cause shown, it is hereby:

ORDERED that the Motion is GRANTED and the Plaintiffs shall solely be identified as Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, and Jane Doe 5 in the above-captioned matter in the Complaint, pleadings, and all filings on the public docket in this Court.

May 12, 2017　　　　　　　　　　　　　　　　　　*Ketanji Brown Jackson*
Date　　　　　　　　　　　　　　　　　　　　　　United States District Judge