## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE DOE 1**, *et al.*, | ) |
| | ) Case No.:  1:17-cv-00870-TSC |
| **Plaintiffs,** | ) |
| v. | ) |
| | ) |
| **HOWARD UNIVERSITY** | ) |
| | ) |
| **Defendant.** | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant Howard University, by and through undersigned counsel, hereby files this Unopposed Motion for Extension of Time to Respond to the Complaint.

1. Defendant was served with the Complaint on or about May 11, 2017.

2. Defendant's Answer or other responsive pleading would therefore otherwise be due on or before June 1, 2017.

3. Due to the nature of the Complaint and the number of allegations, Defendant Howard University requires additional time to collect and review additional documents, confer with employees and confer with outside counsel.

4. Defendant therefore requires an additional 30 days to respond to the Complaint.

5. Consistent with the **Local Rule 7(m)**, undersigned counsel contacted opposing counsel by email to confer regarding the contents of this motion; Plaintiffs' counsel indicated they do not oppose the request.

6. WHEREFORE, Defendant requests that the Court grant the motion, and extend the time to file a response to the Complaint through July 3, 2017.

May 23, 2017                                    Respectfully submitted,

                                                **HOWARD UNIVERSITY**

                                                ___/s/___
                                                **Ariana Wright Arnold**
                                                Senior Associate General Counsel
                                                Howard University
                                                2400 Sixth Street, N.W.
                                                Johnson Admin. Bldg. Suite 321
                                                Washington, D.C. 20059
                                                T: 202-806-2657
                                                F: 202-806-6357
                                                E-mail: ariana.arnold@howard.edu

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion was efiled and served by electronic mail to counsel of record on May 23, 2017.

                                                ___/s/___
                                                Ariana Wright Arnold