# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE 1, <br> JANE DOE 2, <br> JANE DOE 3, <br> JANE DOE 4, <br> JANE DOE 5, <br> JANE DOE 6, <br><br> Plaintiffs, <br><br> v. <br><br> HOWARD UNIVERSITY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:17-cv-00870-TSC <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFFS' NOTICE OF SECOND AMENDED COMPLAINT

Plaintiffs respectfully advise the Court of the filing of their Second Amended Complaint and Demand for Jury Trial. The Second Amended Complaint is filed pursuant to the Court's grant of leave in its July 11, 2019 order.

The Second Amended Complaint makes these changes:

1. Adds paragraphs 172, 217-222, 349-350, 483-484, 487-497, and 518;

2. Revises paragraphs 215, 430, 443, 450, 462, 472, 498, 510, 523, and 532;

3. Updates Counsel for Plaintiffs' signature block to reflect all attorneys of record and counsel's new address.

Date: July 25, 2019

Respectfully submitted,

CORREIA & PUTH, PLLC

 /s/ Linda M. Correia
Linda M. Correia (D.C. Bar No. 435027)
Lauren A. Khouri (D.C Bar No. 10282288)
Roshni C. Shikari (D.C. Bar No. 1045298)

1400 16th St NW, Suite 450
Washington, DC 20036
(202) 602-6500
lcorreia@correiaputh.com
lkhouri@correiaputh.com
rshikari@correiaputh.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2019, a true and accurate copy of the foregoing document was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send a notification of the filing to counsel in this case:

Judith L O'Grady
Pepper Hamilton, LLP
600 Fourteenth Street, N.W.
Washington, D.C. 20005-2004
(202) 220-1230
ogradyj@pepperlaw.com

Michael E. Baughman (*pro hac vice*)
Hedya Aryani (*pro hac vice*)
Pepper Hamilton, LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000
baughmam@pepperlaw.com
aryanih@pepperlaw.com

Ariana Wright Arnold
Senior Associate General Counsel
Howard University
2400 6th Street, N.W.
Johnson Administration Building, Suite 321
Washington, DC 20059
(202) 806-2657
ariana.arnold@Howard.edu

                                                 */s/ Linda M. Correia*
                                                 Linda M. Correia