# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 19-8007** | **September Term, 2019** |
| | 1:17-cv-00870-TSC |
| | **Filed On: December 10, 2019** |

In re: Howard University,

       Petitioner

      **BEFORE:**    Rogers, Griffith, and Rao, Circuit Judges

## O R D E R

Upon consideration of the petition for permission to appeal pursuant to 28 U.S.C. § 1292(b), the response thereto, and the reply, it is

**ORDERED** that the petition for permission to appeal be granted. See 28 U.S.C. § 1292(b).

The Clerk is directed to transmit a copy of this order to the district court. The district court will file the order as a notice of appeal pursuant to Fed. R. App. P. 5. The district court is to certify and transmit the preliminary record to this court, after which the Clerk is directed to assign this case a general docket number and proceed in the normal course.

**Per Curiam**