UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JANE DOE 1, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:17-cv-00870-TSC |
| HOWARD UNIVERSITY, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, and Jane Doe 6, with Defendant Howard University, hereby dismiss this Action in its entirety, with prejudice.

Date: April 3, 2020

Respectfully submitted,

*/s/ Linda M. Correia* _____
Linda M. Correia (D.C. Bar No. 435027)
Lauren A. Khouri (D.C. Bar No. 10282288)
CORREIA & PUTH, PLLC
1400 16th St NW, Suite 450
Washington, DC 20036
(202) 602-6500
lcorreia@correiaputh.com
lkhouri@correiaputh.com

*Counsel for Plaintiffs*

*/s/ Judith L. O'Grady* _____
Judith L. O'Grady
(D.C. Bar No. 494290)
PEPPER HAMILTON LLP
Hamilton Square
600 Fourteenth Street, N.W.
Washington, D.C. 20005
ogradyj@pepperlaw.com
Telephone: 202.220.1230
Facsimile:  202.220.1665

*/s/ Michael E. Baughman* ____
Michael E. Baughman, Esq. (*pro hac vice*)
baughmam@pepperlaw.com
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
(215) 981-4000

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2020, a true and accurate copy of the foregoing was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send a notification of the filing to counsel in this case.

   */s/ Lauren A. Khouri*
Linda M. Correia (D.C. Bar No. 435027)
Lauren A. Khouri (D.C. Bar No. 10282288)
CORREIA & PUTH, PLLC
1400 16th Street NW, Suite 450
Washington, DC 20036
(202) 602-6500
lcorreia@correiaputh.com
lkhouri@correiaputh.com

*Counsel for Plaintiffs*